IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| AARON MCCOY<br>4011 PARKWOOD COURT<br>BRENTWOOD, MD 20722 | * | CASE NO.: 2018 CA 007399 V |
| Plaintiff, | * | |
| v. | * | |
| WASHINGTON METRO AREA<br>TRANSIT AUTHORITY<br>600 5th Street, NW<br>Washington, DC 20001 | * | |
| Defendant. | * | |

## COMPLAINT

COMES NOW Plaintiff, Aaron McCoy, by and through his attorneys, Seann P. Malloy, and Malloy Law Offices, LLC, and brings forth this lawsuit, and in support thereof state as follows:

### PARTIES

1. Plaintiff, Aaron McCoy, is an adult resident of Prince George's County, Maryland.

2. Defendant, Washington Metropolitan Area Transit Authority (hereinafter the "Defendant" or "WMATA") is an interstate compact governmental entity which operates the Metrorail and Metro bus systems in the Washington, D.C. metropolitan area.

### JURISDICTION AND VENUE

3. Jurisdiction is vested in this Court pursuant to D.C. Code §11-921 (1981 edition).

1

## COUNT I (Negligence)

4. Paragraphs 1 – 3 (one through three) are incorporated by reference as if fully restated herein.

5. For that on or about the 30th day of December 2017, the Plaintiff was stopped at the red traffic light at or near 10th Street, NE, near Brookland Station in Washington, DC.

6. That at the same date and time, Eric Gallman, driver for Defendant WMATA, was operating a WMATA Metrobus at or near 10th Street, NE, near Brookland Station in Washington, DC.

7. That the Defendant's driver failed to pay full time and attention to his surroundings and suddenly, and without warning, struck the left front of Plaintiff's motor vehicle as Defendant's driver was making a very wide left turn from 10th Street.

8. That the Defendant and its servants, agents, and employees owed duties to the Plaintiffs, including but not limited to:

    (a) to keep said motor vehicle under proper and sufficient control;

    (b) to keep a proper lookout;

    (c) to exercise ordinary care to avoid a collision;

    (d) to yield the right-of-way to another vehicle;

    (e) to obey a traffic control device; and

    (f) to not operate his automobile in a reckless and careless manner.

9. That the said collision was directly and proximately caused by and did result from the recklessness, carelessness, and negligence of the Defendant and its servants, agents, and employees, including but not limited to the following respects:

2

(a) in failing to keep said motor vehicle under proper and sufficient control;

(b) in failing to keep a proper lookout;

(c) in failing to exercise ordinary care to avoid a collision;

(d) in failing to yield the right-of-way to another vehicle;

(e) in failing to obey a traffic control device;

(f) in operating his automobile in a reckless and careless manner;

(g) and in other respects not now known to the Plaintiffs but which may become known prior to or at the time of the trial.

10. Plaintiff alleges that all of his losses and damages, past, present and prospective were proximately caused by the negligence of the Defendant and its servants, agents, and employees without any negligence of the Plaintiff contributing thereto.

11. That at all times relevant hereto the Plaintiff exercised due care for his own safety.

12. That as a direct and proximate result of the collision the said Plaintiff was thrown forcibly and violently around and about the interior of the said motor vehicle; and

(a) was thereby caused to sustain serious and permanent injuries to his head, neck, back, body and limbs;

(b) was and will be caused to suffer great physical pain and mental anguish;

(c) suffered shock to his nerves and nervous system;

(d) was and will be required to obtain the care and treatment of hospitals and physicians for his injuries at considerable expense; and

(e) was and will be unable to engage in his occupation for a period of time, thereby losing considerable income; and

3

(f) was and will be unable to engage in those duties, activities and pursuits for which he was and is otherwise qualified.

13.   That as a result of the collision, the said Plaintiff was, is and will be otherwise hurt, injured and damaged.

WHEREFORE, the Plaintiff, Aaron McCoy, demands judgment against Defendant WMATA, in a sum of $60,000.00 (SIXTY THOUSAND DOLLARS) plus interest and the cost of this action.

Respectfully submitted,

/s/Seann P. Malloy, Esq.
Seann P. Malloy, Esq.
Bar No.: 490343
Malloy Law Offices, LLC
7910 Woodmont Avenue, Suite 1250
Bethesda, MD 20814
T: (202) 464-0727
F: (888) 607-8691
Seann@malloy-law.com
*Attorney for Plaintiff*

## ELECTION FOR JURY TRIAL

The Plaintiff elects to have the above entitled matter tried before a jury.

/s/Seann P. Malloy, Esq.
Seann P. Malloy. Bar No.: 490343